**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ORANDA LUERAS,**

      **Plaintiff,**

   **vs.**                                                     **CIV No.  1:16-00842-SMV**

**CAROLYN W. COLVIN, Acting**
**Commissioner of Social Security,**

      **Defendant.**

**ORDER GRANTING EXTENSION**

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Extension of Time (Doc. 10), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through January 11, 2017, to file her answer or otherwise respond to Plaintiff's Complaint.

SIGNED __December 13_____, 2016.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 12/12/2016*
KIRSTEN WESTERLAND
Special Assistant United States Attorney

*Electronically approved 12/10/2016*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff