IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ORANDA LUERAS,

        Plaintiff,

vs.  No. CV 16-842 SMV

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

        Defendant.

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through March 22, 2017, to serve her Motion to Reverse of Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through May 17, 2017 to serve her Response, and Plaintiff through June 14, 2017 to serve her reply.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

<u>/s/Michael D. Armstrong</u>
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.    (505) 890-9056
Fax.    (505) 266-5860

<u>Email Approval on March 6, 2017</u>
Manuel Lucero AUSA
Many.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax